UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MICHAEL LYNN GROVES

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              7:12-cv-904 (GLS/RFT)

COMMISSIONER OF SOCIAL
SECURITY

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Christine A. Scofield        CHRISTINE A. SCOFIELD
506 East Washington Street
Suite D
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration         SIXTINA FERNANDEZ, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Randolph F. Treece, duly filed

October 1, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed October 1, 2014 (Dkt. No. 14) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Defendant's Motion to Dismiss (Dkt. No. 11) is granted and this action is dismissed as untimely filed; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: October 29, 2014
        Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court